UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELIZABETH MICHELE GAUTHIER | CIVIL ACTION NO. 1:17-cv-00500 |
| VERSUS | JUDGE ROBERT G. JAMES |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE PEREZ-MONTES |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Joseph H.L. Perez-Montes for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Commissioner's decision is AFFIRMED and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 30th day of July, 2018.

*/s/ Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE